IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

PHARMAKINETICS LABORATORIES, INC.  :

        Plaintiff,  :

v.  :   Civ. Action No. AMD 00 CV 500

CARING TECHNOLOGIES, INC.  :

        Defendant.  :

ORDER

Upon consideration of the plaintiff's second motion to extend the deadline for the filing of the answer, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the deadline for the filing of the answer be extended up to and including April 19, 2000.

_____
Honorable Andre M. Davis
U.S. District Court Judge

Dated: 4/13/2000

Copies to:

Niccolò N. Donzella, Esquire
Baxter, Baker, Sidle & Conn
120 East Baltimore Street, Suite 2100
Baltimore, Maryland 21202
Counsel for Plaintiff PharmaKinetics Laboratories, Inc.

Michael H. Hotchkiss
9205 Cambridge Manor Court
Potomac, Maryland 20854
Resident Agent for Defendant Caring Technologies